**FILED**
November 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Veronica Montoya_
DEPUTY

United States District Court
Western District of Texas
El Paso Division

United States of America,
    Plaintiff,

v.

Romannie Shrouder,
    Defendant.

EP:24-MJ-3929-ATB

## United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 922(n), *Receipt of Firearm by Person under Felony Indictment.*

2. The Defendant is a United States citizen.

3. The Defendant has a prior criminal history. The Defendant was convicted in 2022 for Aggravated Assault with a deadly weapon.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

                    Respectfully submitted,

                    JAIME ESPARZA
                    UNITED STATES ATTORNEY

By: *Sean Wang*
        SHUHAO "SEAN" WANG
        Assistant U.S. Attorney
        New Mexico State Bar #149505
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884