United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>     Plaintiff,<br><br>     v.<br><br>Romannie Shrouder,<br>     Defendant. | Case No.: EP:24-M-03929-ATB |

**United States' Motion to Continue Preliminary and Detention Hearing**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to continue, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested on Friday, November 1, 2024, for a violation of Title 18, United States Code, Section 922(n), *Receipt of Firearm by Person under Felony Indictment.*

2. The United States filed an amended motion to detain without bond on November 5, 2024.

3. A Preliminary and Detention Hearing is currently set for 10:30 a.m. on Wednesday, November 6, 2024.

4. The United States intends to present this case to the Grand Jury on the morning of Wednesday, November 6, 2024.

5. If the Grand Jury returns an indictment against Defendant, that would eliminate the need for a Preliminary Hearing.

6. The United States moves the Court to continue the Preliminary and Detention Hearing until Thursday, November 7, 2024.

7. Defense counsel opposes this motion.

WHEREFORE, premises considered, the Government respectfully prays the Court to continue the Preliminary and Detention Hearing currently set for Wednesday, November 6, 2024 to Thursday, November 7, 2024.

        Respectfully submitted,

        JAIME ESPARZA
        UNITED STATES ATTORNEY

By: *Sean Wang*
        SHUHAO "SEAN" WANG
        Assistant U.S. Attorney
        New Mexico State Bar #149505
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

Certificate of Service
I certify the foregoing was served via email on the day of filing to opposing counsel at:

Shane McMahon
Shane_McMahon@fd.org

*/s/ Sean Wang*
Assistant U.S. Attorney