**FILED**
May 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Veronica Medina__
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. EP-24-CR-2479-LS |
| Plaintiff, | |
| v. | **AMENDED INFORMATION** |
| (1) ROMANNIE SHROUDER | CT 1: 18:933 – Trafficking in Firearms |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about April 22, 2024, within the Western District of Texas, Defendant,

**ROMANNIE SHROUDER**

received from another person firearms in or otherwise affecting interstate and foreign commerce, to wit: multiple Glock handguns, and a Century Arms model VSKA rifle, when the Defendant knew and had reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. 922(n) Receiving Firearm while under Indictment. All in violation of Title 18, United States Code, Section 933(a)(2).

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: _____
KYLE MYERS
Assistant U.S. Attorney
Texas Bar #24049933
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884